**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LORENZO DI NATALE as ADMINISTRATOR of the ESTATE OF MARY MASSINO,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO. 26-3216** |
| **ABINGTON TOWNSHIP and CHRISTOPHER PLATZ in his individual and official capacities,**<br>**Defendants.** | |

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon consideration of Defendants' Motion to Dismiss (ECF Nos. 11, 13, 17), and Plaintiff's response thereto (ECF No. 16), **IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Motion is **GRANTED** with respect to:
    a. Count I to the extent it raises a Fourth Amendment claim other than for retaliation, which is **DISMISSED WITH PREJUDICE**;
    b. Count III (Unlawful Use of Civil Proceedings) and Count IV (Abuse of Process), which are **DISMISSED WITH PREJUDICE**;
    c. The request for compensatory damages deriving from "pain, suffering, mental distress, anguish, and humiliation," which are **DISMISSED WITH PREJUDICE**.
    d. The request for punitive damages against Platz in his individual capacity, which is **DISMISSED WITHOUT PREJUDICE**;

e. The request for punitive damages against Abington Township, which is **DISMISSED WITH PREJUDICE**; and,

2. The Motion is **DENIED** in all other respects.

3. **IT IS HEREBY FURTHER ORDERED** that the request to preliminarily and permanently enjoin Abington Township from seeking warrants to inspect the properties of the Estate of Mary Massino is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(1).

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**